# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEPT 20, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

| | |
|---|---|
| Kenneth Letourneau et al., | |
| Plaintiff, | 17-cv-04915-VAP-AFM |
| v. | |
| City of Carson et al., | **JUDGMENT** |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss Complaint filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 9/20/17

_____
Virginia A. Phillips
Chief United States District Judge